UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**EARL O. LANDRY, JR. and CAROLYN W. LANDRY**                              **PLAINTIFFS**

**V.**                                              **CIVIL ACTION NO.1:07CV114 LTS-RHW**

**STATE FARM FIRE AND CASUALTY COMPANY**                              **DEFENDANT**

## ORDER

In accordance with the Memorandum Opinion I have this day signed, it is hereby

**ORDERED**

That the motion [5] of State Farm Fire and Casualty Company to dismiss this action or to join the United States Small Business Administration as a party is **DENIED**.

**SO ORDERED** this 21st day of May, 2007.

                                                       s/ L. T. Senter, Jr.
                                                       L. T. SENTER, JR.
                                                       SENIOR JUDGE